OCTOBER 29, 1993

No. 93–5923. ZIMMERMAN *v.* TEXAS. Ct. Crim. App. Tex. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for fur-

ther consideration in light of *Johnson* v. *Texas*, 509 U. S. 350 (1993).